UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
RENDELL ROBINSON,

                              Plaintiff(s),                **STIPULATION OF**
                                                                       **VOLUNTARY**
                                                                       **DISMISSAL PURSUANT**
        -against-                                           **TO F.R.C.P. 41(a)(1)(A)(ii)**

JOHN SLAVEN, Correctional Sergeant,                9:18-CV-1232
Coxsackie Correctional Facility, Formerly known      (DNH/ML)
as Shaven, et al.,

                              Defendant(s).
-----------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the plaintiff appearing pro se and the attorneys of record for defendants, John Slaven, David Gumlaw, and Michael Mussen, Jr., that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, all claims in the above-captioned action are hereby voluntarily dismissed, with prejudice, and without damages, costs, interest or attorneys' fee against defendants John Slaven, David Gumlaw and Michael Mussen, Jr., pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
         Jul 30th, 2020

                                                               **Rendell Robinson**
                                                                Fort Washington Men's Shelter
                                                                651 West 168th Street
                                                                New York, NY 12508

Dated: Albany, New York
        August 11, 2020

                                                                LETITIA JAMES
                                                                Attorney General of the State of New York
                                                                Attorney for Defendants
                                                                The Capitol

Albany, New York 12224-0341

By: *Kostas Leris*

Kostas D. Leris
Assistant Attorney General, of Counsel
Bar Roll No. 519646
Telephone: (518) 776-2574
Email: Kostas.Leris@ag.ny.gov

Dated: Utica, New York
　　　8-11　, 2020

SO ORDERED
*David N. Hurd*
Hon. David N. Hurd
UNITED STATES DISTRICT JUDGE